UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>ATRIUM MEDICAL CORP. C-QUR MESH PRODUCTS LIABILITY LITIGATION | MDL NO. 2753<br><br>MDL Docket No. 1:16-md-02753-LM<br><br>Applies to All Cases |

### JOINT MOTION TO EXTEND DEADLINES SET FORTH IN CASE MANAGEMENT ORDER 3H

The parties to the above matter jointly move to extend the deadlines set forth in Case Management Order 3H, and state as follows:

1. As indicated in the parties' Joint Agenda submitted to this Court for the March 14, 2019 status conference (Doc. No. 1090), the parties require additional time to complete the depositions of the physicians for the Initial Discovery Pool plaintiffs; motions to dismiss the initial discovery pool plaintiffs are pending; initial discovery regarding the newly selected Initial Discovery Pool Case (Petersen) continues; and a replacement for Vanwezel and complete initial discovery as to that plaintiff needs to be completed.

2. The parties have conferred and agree to extend the following deadlines by 90 days.

| Event | Current Date | New Date |
|---|:---:|:---:|
| Selection of 8 cases from Initial Discovery Pool to proceed with expert discovery | April 1, 2019 | July 1, 2019 |
| All corporate and case-specific discovery for trial pool cases to be completed | May 3, 2019 | August 1, 2019 |
| Plaintiff's expert disclosure due in trial pool cases | June 3, 2019 | September 3, 2019 |
| Defendant's expert disclosure due in trial pool cases | July 12, 2019 | October 11, 2019 |

| | | |
|---|---|---|
| Memorandum in support of proposed manner of trial, order of selection of plaintiffs for trial, and timing of trials re: trial pool cases due | August 2, 2019 | October 31, 2019 |
| Rebuttal expert reports due in trial pool cases | August 9, 2019 | November 7, 2019 |
| Responses to opposing party's memorandum due | August 16, 2019 | November 14, 2019 |
| Court to determine manner of trial, order of selection of plaintiffs for trial, and timing re: trial pool cases | August 30, 2019 | December 2, 2019 |
| Expert discovery deadline in trial pool cases | September 20, 2019 | December 19, 2019 |
| Dispositive or Daubert motions due re: trial pool cases | October 18, 2019 | January 16, 2020 |
| Responses to dispositive or Daubert motions due re: trial pool cases | November 1, 2019 | January 30, 2020 |
| Replies to dispositive or Daubert motions due re: trial pool cases | November 8, 2019 | February 6, 2020 |
| Deadline for Settlement conference for first trial pool case | January 6, 2020 | April 6, 2020 |
| Court to set first trial pool case for trial | February 19, 2020 | May 20, 2020 |

3. No memorandum of law is necessary as the relief requested herein is in the discretion of the Court. LR 7.1(a).

WHEREFORE, the parties respectfully request that this Honorable Court grant this Joint Motion to Extend Deadlines as set forth above, and grant such other and further relief as is fair and just.

Respectfully submitted,

**UPTON & HATFIELD, LLP**

Date: April 18, 2019

*/s/ Russell F. Hilliard*
Russell F. Hilliard (NHBA 1159)
159 Middle Street
Portsmouth, New Hampshire 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Susan A. Lowry (NHBA 18955)
10 Centre Street, P.O. Box 1090
Concord, New Hampshire 03302
(603) 224-7791
slowry@uptonhatfield.com

**MOTLEY RICE, LLC**
Jonathan D. Orent
55 Cedar Street, Suite 100
Providence, Rhode Island 02903
(401)457-7723
(401)457-7708 (fax)
jorent@motleyrice.com

**WADLEIGH, STARR & PETERS, PLLC**
*/s/ Pierre A. Chabot*
Pierre A. Chabot (NHBA #17606)
95 Market Street
Manchester, NH 03101
(603) 669-4140
pchabot@wadleighlaw.com

**AKERMAN, LLP**
Enjolique D. Aytch, Esq.
Rebecca A. Ocariz, Esq.
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301-2229
(954) 463-2700
enjolique.aytch@kerman.com
Rebecca.ocariz@akerman.com

**DECHERT, LLP**
Mark S. Cheffo, Esq.
Sheila L. Birnbaum, Esq.
Katherine Armstrong, Esq.
Dechert, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
mark.cheffo@dechert.com
Sheila.birnbaum@dechert.com
Katherine.Armstrong@dechert.com

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I forwarded a copy of the within document via the Court's ECF system to all counsel of record.

                                                      /s/ Russell F. Hilliard
                                                      Russell F. Hilliard